UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| ELIZABETH JUANITA STRICKLAND, | ) |
| | ) |
| Plaintiff | ) |
| | ) CASE NO. 4:19-cv-00012-RLY-DML |
| v. | ) |
| | ) |
| CLARKSVILLE POLICE DEPARTMENT, ET AL., | ) |
| | ) |
| | ) |
| Defendants | ) |

## MOTION TO DISMISS

The Defendant, Clarksville Police Department, by counsel, pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully moves the Court to dismiss the claims against Clarksville Police Department, for the failure to state a claim. In support of said motion, and in accordance with Southern District of Indiana Local Rule 7-1(b), Clarksville Police Department submits herewith a memorandum of law in support of its Motion to Dismiss.

Respectfully submitted,

KIGHTLINGER & GRAY, LLP

By: /s/ Alyssa C.B. Cochran
R. Jeffrey Lowe, Atty. No. 21508-22
Alyssa C. B. Cochran, Atty. No. 32169-49
KIGHTLINGER & GRAY, LLP
Bonterra Building, Suite 200
3620 Blackiston Blvd.
New Albany, IN 47150
Phone: (812) 949-2300
Fax: (812) 949-8556
Email: jlowe@k-glaw.com
  acochran@k-glaw.com
*Counsel for Defendant, Clarksville Police Department*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the **6th day of February, 2020,** a copy of the foregoing Motion to Dismiss was filed electronically with the Court. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

A copy of the Motion was also mailed via United States first class mail, postage prepaid, to the person listed below.

Elizabeth Juanita Strickland
266475
Rockville – CF
Rockville Correctional Facility
Inmate Mail/Parcels
811 West 50 North
Rockville, IN 47872
*Pro Se Plaintiff*

Christopher Sturgeon
411 Watt Street
Jeffersonville, IN 47130
csturgeon@gmail.com
*Counsel for Defendant,*
*Town of Clarksville /*
*Clarksville Police Department*

/s/ Alyssa C.B. Cochran
Alyssa C.B. Cochran